# UNITED STATES BANKRUPTCY COURT
## Central District of California

**ELECTRONIC FILING DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR CHAPTER 7 - CORPORATION/PARTNERSHIP**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor to sign and to file, on behalf of the Debtor, the petition, schedules and statements being filed electronically; (2) I have read and understand the petition, schedules and statements being filed electronically; (3) the information provided in the petition, schedules and statements being filed electronically is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Debtor in the electronically filed petition, schedules and statements serves as my signature on behalf of the Debtor and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Debtor to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the electronically filed petition, schedules and statements in such places on behalf of the Debtor and provided the executed hard copy of the petition, schedules and statements to the Debtor's attorney; and (6) I, on behalf of the Debtor, have authorized the Debtor's attorney to file the electronic version of the petition, schedules and statements and this Declaration with the United States Bankruptcy Court for the Central District of California.

/s/David Witczak
*Signature of Authorized Individual*                                        Date

David Witczak
*Printed Name of Authorized Individual*

President
*Title of Authorized Individual*

**ELECTRONIC FILING DECLARATION OF ATTORNEY FOR DEBTOR CHAPTER 7 - CORPORATION/PARTNERSHIP**

I, the undersigned Attorney for the Debtor, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for Debtor in the electronically filed petition, schedules and statements serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Debtor signed the Declaration of Authorized Signatory of Debtor before I electronically submitted the petition, schedules and statements for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the electronically filed petition, schedules and statements in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Debtor in the locations that are indicated by "/s/," followed by the name of the Debtor's authorized signatory, on the true and correct hard copy of the petition, schedules and statements; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor, the petition, schedules and statements for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor, the petition, schedules and statements available for review upon request of the Court or other parties.

*/s/Jeffrey T. Vanderveen*
*Signature of Attorney for Debtor*                                        Date

Jeffrey T. Vanderveen
*Printed Name of Attorney for Debtor*