### RESOLUTIONS OF THE BOARD OF DIRECTORS
### OF PACBLUE TECHNOLOGIES, INC.

THE BOARD OF DIRECTORS OF PACBLUE TECHNOLOGIES, INC. MET ON NOVEMBER 8, 2010 AND RESOLVED TO AUTHORIZE THE FILING OF A CHAPTER 7 BY THE CORPORATION AND AUTHORIZED THE HIRING OF ATTORNEY JEFFREY T. VANDERVEEN TO REPRESENT THE CORPORATION IN THE BANKRUPTCY PROCEEDING.

DAVID WITZCAK, PRESIDENT

*[signature]* 11/8/10