**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | **Central District Of California** |

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on November 10, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) and address):<br>PacBlue Technologies, Inc.<br>15333 Culver Drive<br>Irvine, CA 92604 | **Case Number:**<br>**8:10–bk–26030–TA** |
| All other names used by the Debtor(s) in the last 8 years (include trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt EIN/Tax I.D.: 37–1431191 |
| Attorney for Debtor(s) (name and address):<br>Jeffrey T Vanderveen<br>380 S Melrose Dr Ste 202<br>Vista, CA 92081<br>Telephone number:  760–643–4044 | Bankruptcy Trustee (name and address):<br>James J Joseph (TR)<br>Danning, Gill, Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067–2904<br>Telephone number:  (310) 201–2404 |

### Meeting of Creditors:

Date:  **December 20, 2010**    Time:  **10:00 AM**
Location:  **411 W Fourth St., Room 3–110, Santa Ana, CA 92701**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstanes, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701–4593<br>Telephone number:  714–338–5300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
| Hours Open:  9:00 AM – 4:00 PM | Date:  November 12, 2010 |
| **(Form rev. 12/09:341–B9B)** | / |

## EXPLANATIONS

B9B (Official Form 9B)(12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1)file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701. |

**–– Refer to Other Side for Important Deadlines and Notices ––**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8         User: igomezC              Page 1 of 1                  Date Rcvd: Nov 12, 2010
Case: 10-26030               Form ID: b9b               Total Noticed: 17
```

The following entities were noticed by first class mail on Nov 14, 2010.
```
db          +PacBlue Technologies, Inc.,   15333 Culver Drive,    Irvine, CA 92604-3078
aty         +Jeffrey T Vanderveen,   380 S Melrose Dr Ste  202,    Vista, CA 92081-6652
smg          Employment Development Dept.,   Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA  94280-0001
27895968    +CVG Enterprise, Inc.,   6765 Westminster Blvd. Ste. C188,    Westminister, CA 92683-3769
27895967    +Clearwater Technology Services, Inc.,   17019 SE 59th Street,    Bellevue, WA 98006-5519
27895969    +CybMush Corp.,   132 Coronado Ave.,   San Carlos, CA 94070-2806
27895970    +Darren Holt,   3 Cascada Street,   Rancho Santa Margarita, CA 92688-3040
27895971    +David J. Du Vall, Inc.,   2836 Stephenson Place,    Tustin, CA 92782-1187
27895972     Employment Development Department,    P.O. Box 826880,   Sacramento, CA 94280-0001
27895974    +M&S Consulting,   492 Aspen Street,   Morgantown, WV 26505-2202
27895975    +Patrick Pitre,   225 Tall Oak,   Irvine, CA 92603-0674
27895976    +People Onsite Inc.,   11366 Creekstone Lane,    San Diego, CA 92128-6329
27895977    +Pirogovsky Synergetic, Inc.,   6194 Lakeview Circle,    San Ramon, CA 94582-4869
27895978    +Srinivas Jayanth,   24706 Montevista Circle,    Valencia, CA 91354-1228
27895973    +eXtendsoft Co.,   12934 Guadalajara Circle,    Cerritos, CA 90703-6109
```

The following entities were noticed by electronic transmission on Nov 13, 2010.
```
tr          +EDI: QJJJOSEPH.COM Nov 13 2010 01:48:00      James J Joseph (TR),
              Danning, Gill, Diamond & Kollitz,   2029 Century Park East, 3rd Floor,
              Los Angeles, CA 90067-2901
smg          EDI: EDD.COM Nov 13 2010 01:48:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Nov 13 2010 01:48:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
              Sacramento, CA  95812-2952
27895972     EDI: EDD.COM Nov 13 2010 01:48:00      Employment Development Department,   P.O. Box 826880,
              Sacramento, CA 94280-0001
                                                                                               TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 14, 2010**                    **Signature:** _Joseph Speetjens_