James J. Joseph, TRUSTEE (State Bar No. 053840)
kvalbuena@dgdk.com
2029 Century Park East, Third Floor
Los Angeles, CA  90067-2904
Telephone:     (310) 277-0077
Facsimile:      (310) 277-5735

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In Re: | Case No.: 8:10-bk-26030-TA |
| PACBLUE TECHNOLOGIES, INC. | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: JEFFREY T VANDERVEEN
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 01/31/11 at 04:00 PM at 411 W. Fourth Street, Room 3-110, Santa Ana, CA  92701, for the reason set forth below:

☒   Additional documents have been requested and/or documents received are in the process of review. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by the Trustee.

Dated:    December 28, 2010              /s/ James J. Joseph
                                                      James J. Joseph, TRUSTEE

**PROOF OF SERVICE**

**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

STATE OF CA, COUNTY OF LOS ANGELES

I'm employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, Third Floor, Los Angeles, CA  90067-2904.

On December 28, 2010, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

Office of the U.S. Trustee
Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701

PACBLUE TECHNOLOGIES, INC.
15333 CULVER DRIVE
IRVINE, CA  92604


JEFFREY T VANDERVEEN
380 SOUTH MELROSE DRIVE, SUITE 202
VISTA, CA  92081

☐ **BY MAIL**
☒ I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.
☐ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  Executed on December 28, 2010, at Los Angeles, California.
☐ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

/s/ Kcenia Valbuena
Kcenia Valbuena